### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**DEVONTA PIPKIN,**                                                               **PETITIONER**

v.                                                                        No. 3:23CV434-MPM-JMV

**NATHAN BURL CAIN, ET AL.**                                         **RESPONDENTS**

### ORDER DIRECTING STATE TO RESPOND

Devonta Pipkin has filed a petition for relief under 28 U.S.C. § 2254. It is **ORDERED:**

1. That no later than February 12, 2024, respondent, through the Attorney General of the State of Mississippi, file an answer to this action, along with full and complete transcripts of all proceedings in the state courts of Mississippi arising from the charge of capital murder against the petitioner in the Circuit Court of Tate County, Mississippi (to the extent such are relevant to the State's response).

2. That within 14 days of service upon him of a copy of respondent's answer, petitioner may file his traverse or reply to the allegations contained in such answer.

3. The clerk of this court will serve by email (Return Receipt, High Importance) a copy of the petition, this order, acknowledgment of service of process form, and any other initial filings, upon the Attorney General of the State of Mississippi, or lawful successor, to Assistant Attorneys General Jerrolyn Owens and Bridgette Grant. The respondent must electronically file the completed acknowledgment of service of process form upon receipt.

**SO ORDERED**, this, the 27th day of November, 2023.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE